# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION



RECEIVED

DEC 1 8 2017

CLERK, U.S. DISTRICT COURT

_MICHAEL JOHNSON_

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_Lt. HAENITSCH, C/o PHillips,_
_C/o RipSky, C/o OitZlel,_
_SupErINtENDANt HENDRicks,_
_Lt. NEWMAN, Lt. KiNUDSON,_
_CouNSElor HERNANDEZ,_
_JoHN R. VARGA_

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Case No: _17-50383_
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY._

I.  **Plaintiff(s):**

   A.  Name: _MICHAEL JOHNSON_

   B.  List all aliases: _N/A_

   C.  Prisoner identification number: _R03104_

   D.  Place of present confinement: _Dixon Corr. Ctr._

   E.  Address: _2600 N. Brinton Ave., Dixon, IL 61021_

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.  Defendant: _Mr. Haenitsch_

   Title: _Lieutenant_

   Place of Employment: _Same as Plaintiff above_

   B.  Defendant: _Mr. Phillips_

   Title: _Correctional Officer_

   Place of Employment: _Same as Plaintiff's above_

   C.  Defendant: _Mr. Ripsky_

   Title: _Correctional Officer_

   Place of Employment: _Same as Plaintiff's above_

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

— *DEFENDANTS CONTINUED* —

**I.** **Plaintiff(s):**

   A.    Name: _____

   B.    List all aliases: _____

   C.    Prisoner identification number: _____

   D.    Place of present confinement: _____

   E.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.    Defendant: *MR. OiTZLER*

         Title: *CORRECTIONAL OFFICER*

         Place of Employment: *SAME AS PLAINTIFF'S ABOVE*

   B.    Defendant: *MR. HENDRICKS*

         Title: ~~CORRECTIONAL OFFICER~~ *SUPERINTENDANT*

         Place of Employment: *SAME AS PLAINTIFF'S ABOVE*

   C.    Defendant: *MR. NEWMAN*

         Title: *LIEUTENANT*

         Place of Employment: *SAME AS PLAINTIFF'S ABOVE*

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

DEFENDANTS CONTINUED

DEFENDANT: MR. KINUDSON BADGE #8090
TITLE: LIEUTENANT
PLACE OF EMPLOYMENT: SAME AS PLAINTIFF'S ABOVE

DEFENDANT: COUNSELOR HERNANDEZ, JOSE A.
TITLE: CORRECTIONAL COUNSELOR
PLACE OF EMPLOYMENT: SAME AS PLAINTIFF'S ABOVE

DEFENDANT: JOHN R. VARGA
TITLE: CHIEF ADMINISTRATIVE OFFICER / WARDEN
PLACE OF EMPLOYMENT: SAME AS PLAINTIFFS ABOVE

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✓) NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I FILED AN EMERGENCY GRIEVANCE TO THE WARDEN WHO RESPONDED & I THEN SENT IT TO THE COUNSELOR WHO NEVER REPLIED.

2.    What was the result?

I ALSO SENT A COPY OF THE GRIEVANCE TO THE GRIEVANCE OFFICER & TO THE A.R.B. IN SPRINGFIELD TO NO AVAIL.

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I SENT A COPY TO THE A.R.B. TO APPEAL BUT MY GRIEVANCE WAS NEVER RETURNED.

D.    If your answer is NO, explain why not:

3

E.   Is the grievance procedure now completed?   YES ( ✓ )  NO ( )

F.   If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )  NO ( )

G.   If your answer is **YES**:

1.   What steps did you take?   All The Steps I WAS REQuiRED To TAKE IN ACCORDANCE With the PLRA.

2.   What was the result?

H.   If your answer is **NO**, explain why not:

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _Johnson v. Prentice et al_
_1:16 - cv - 01244 - CSB._

B. Approximate date of filing lawsuit: _June or July of 2016._

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Michael Johnson._

D. List all defendants: _Susan Prentice, Andrea Moss, Kelly Haag,_
_Linda Duckworth, Dr. Morano, Scott McCormick, R. Goeladc,_
_Stephen Lanterman, Andrew Tilden, % Devries, % Myers,_
_% Henkel, Sgt. Gasper, Lt. Boland, Major Hasson, Ms. Kelly,_
_Terry Kennedy, Michael Melvin, Wexford._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District court, central District, Springfield_

F. Name of judge to whom case was assigned: _Colin Stehling Bruce._

G. Basic claim made: _A Totality of Conditions claim with_
_Multiple Issues Raising an Eighth Amendment claim._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _It is still Pending._

I. Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _JOHNSON V. BLANCHARD et al 1:17-cv-01146-610_

B. Approximate date of filing lawsuit: _MARCH or APRIL OF 2017_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _MICHAEL JOHNSON_

D. List all defendants: _DILLON C. BLANCHARD, OFFICER BRITON, LIEUTENANT ROBINSON_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DISTRICT COURT OF ILLINOIS, CENTRAL DISTRICT._

F. Name of judge to whom case was assigned: _SARA DARROW_

G. Basic claim made: _EXCESSIVE USE OF FORCE 8th AMENDMENT VIOLATION_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still PENDING_

I. Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _JOHNSON V. SULLIVAN_
   _DOCKET NUMBER NOT AVAILABLE_

B. Approximate date of filing lawsuit: _IN 2014 OR 2015_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _MICHAEL JOHNSON_

D. List all defendants: _C/o SULLIVAN_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DISTRICT COURT OF IL, IN RFBO PEORIA_

F. Name of judge to whom case was assigned: _JAMES SHADID_

G. Basic claim made: _EXCESSIVE USE OF FORCE, VIOLATION OF_
   _8th AMENDMENT RIGHT TO THE U.S. CONSTITUTION._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _VERDICT IN FAVOR OF THE DEFENDANT_
   _IT WAS NOT APPEALED_

I. Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _JOHNSON V. MOSS_
   _FEDERAL DOCKET NUMBER NOT AVAILABLE_

B. Approximate date of filing lawsuit: _2014_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _MICHAEL JOHNSON_

D. List all defendants: _ANDREA MOSS, MICHAEL DEMPSEY_
   _ONE OR TWO I CAN 4 REMEMBER_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DISTRICT COURT ???_

F. Name of judge to whom case was assigned: _N/A - DON 4 REMEMBER_

G. Basic claim made: _8th AMENDMENT VIOLATION - DENIAL OF MENTAL HEALTH AND MEDICAL TREATMENT AMONGST OTHER THINGS_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _IT WAS DISMISSED AT THE MERIT REVIEW STAGE_

I. Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _JOHNSON V. ZOOK  I THINK ?_
_Docket NUMBER UNKNOWN_

B. Approximate date of filing lawsuit: _2014 OR 2015_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
_MICHAEl JOHNSON_

D. List all defendants: _ANOTHER Moss, Lt. ZOOK, & About 3_
_other CORRECTIONAL OFFICERS_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _CENTRAL DISTRICT  ???_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _EXCESSIVE USE OF FORCE & DENIAL_
_OF MEDICAL TREATMENT IN VIOLATION OF THE 8th_
_AMENDMENT_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _I DISCONTINUED it DUE TO My_
_INABILITY TO litigate it_

I. Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: _JOHNSON V. ~~Zachary~~ BUCHENAE?_
_CASE/DOCKET NUMBER UNKNOWN_

B.  Approximate date of filing lawsuit: _2012_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_MICHAEL JOHNSON_

D.  List all defendants: _ZACHARY BUCHENAE? & OTHERS_
_MAYBE ONE OR TWO I DON'T REMEMBER._

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DISTRICT COURT, CENTRAL DISTRICT_

F.  Name of judge to whom case was assigned: _N/A DON'T REMEMBER_

G.  Basic claim made: _EXCESSIVE USE OF FORCE — 8th_
_AMENDMENT VIOLATION AND DENIAL OF MEDICAL_
_ATTENTION_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _IT WAS DISMISSED & I DIDN'T APPEAL_
_BECAUSE I DID NOT KNOW WHAT I WAS DOING_

I.  Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

A. NAME OF CASE AND DOCKET NUMBER: JOHNSON V. STUCK

B. APPROXIMATE DATE OF FILING LAWSUIT: 2013

C. LIST ALL PLAINTIFFS, INCLUDING ANY ALIASES:
   MICHAEL JOHNSON

D. LIST ALL DEFENDANTS: LT. STUCK, & ABOUT 4 OR 5
   OFFICERS & A NURSE OR TWO

E. COURT IN WHICH THE LAWSUIT WAS FILED: U.S. DISTRICT
   COURT, ~~CENTRAL DISTRICT~~ SOUTHERN DISTRICT

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:
   N/A DON'T REMEMBER

G. BASIC CLAIM MADE: EXCESSIVE USE OF FORCE – 8th
   AMENDMENT VIOLATION AND DENIAL OF MEDICAL ATTENTION

H. DISPOSITION OF THIS CASE: IT WAS DISMISSED & I DIDN'T
   APPEAL BECAUSE I DID NOT KNOW WHAT I WAS DOING

I. APPROXIMATE DATE OF DISPOSITION: N/A

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _JoHNSoN v. HaiFacRE, et al CASE % DoCKET NUMBER NOT AVAILABLE_

B. Approximate date of filing lawsuit: _8 - 15 - 17_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_MicHAE/ JoHNSoN_

D. List all defendants: _DEBioN HAiFACRE, Lt. BEMMELS, Lt. BELL, C/o BELL, C/o JoNES, C/o SiLVA, C/o BittER, C/o GARCiA, JoHN VARGA, C/o 2ACcARo, MR. WOOLLEN, Ms. WEiGANo, NURSE ENGELS, % MR. STANKo._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DiStHiCt COuRt, NoRtHERN DiStRiCt, WEStERN DiVi'SioN_

F. Name of judge to whom case was assigned: _DoN '4 HAVE oNE 4Et_

G. Basic claim made: _8th AMENDMENt VioLAtioN_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _I JUSt FiLEo It_

I. Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

V.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 4-12-17 I WAS ASSIGNED TO CELL# 15 ON O-WING OF X-HOUSE By OFFICER PHillips & LIEUTENANT HAENITSCH. ONCE I WAS SECURED IN THE CELL I OBSERVED UPON EXAMINATION OF THE CELL DRIED UP FECES SPREAD IN VARIOUS AREAS THROUGHOUT THE CELL. DRIED UP FECES IS ON THE LOWER WALLS AT Both ENDS OF THE BUNK. IT IS Also SPREAD All OVER THE HEATER VENT & ON THE Metal BED FRAME, TOP & Bottom. DRIED UP SPIT IS All OVER THE WALLS. THE CELL IS FILTHY & UNSANITARY. I INFORMED LIEUTENANT HAENITSCH & OFFICER PHillips OF THE SITUATION & LIEUTENANT HAENITSCH RESPONDED By TELLING ME I SHouldn't HAVE REFUSED HOUSING. OFFICER PHillips Just looked AT ME NOT RESPONDING. I Told Both THAT THE CELL NEEDED CLEANING & I ASKED FoR CLEANING Supplies & I WAS DENIED. THE NEXT DAY ON 4-13-17 I INFORMED OFFICER Ripsky OF THE SITUATION AS RELATED ABOVE & HE FlAt out IGNORED ME. I AM IN A ROOM RESTRICTION STATUS WHERE I AM IN A CELL 23 HOURS A DAY & AM AllOWED OUT OF CELL TIME ONE HOUR PER

6

DAY. THERE IS A PARTICULAR INMATE WHO SPREADS FECES ALL OVER HISSELF & IN EVERY CELL HE GOES IN. THIS IS A MENTAL HEALTH UNIT (RESIDENTIAL TREATMENT UNIT) & THE CELLS ARE NOT BEING CLEANED PROPERLY. OFFICER PHILLIPS WAS THE OFFICER WORKING O-WING ON THE 7 TO 3 SHIFT. THAT INMATE WAS IN THIS CELL AT ONE POINT BEFORE I GOT ASSIGNED TO IT. I AM COMPLETELY INDIGENT & CAN NOT BUY CLEANING SUPPLIES ON MY OWN. I AM COMPLETELY AT THE COMPLETE MERCY OF CORRECTIONAL OFFICIALS. ALSO, ON 3-7-17 I WAS PROVIDED WITH A MATTRESS THAT WAS UNSANITARY & FILTHY THAT WAS TORN BADLY & CLUMPED UP & REMINISCENT OF A BEAN BAG. TO PROTECT MYSELF, & TIRED OF SLEEPING ON A METAL BEDFRAME, I ASKED FOR SOME PLASTIC BAGS TO COVER THE MATTRESS UP & WAS ALLOWED TO DO SO AT THAT TIME. HOWEVER, ON 4-12-17 I WAS ~~AFTER A THE PLASTIC BAGS~~ MADE TO GIVE THE PLASTIC BAGS TO OFFICER PHILLIPS & LIEUTENANT HAENITSCH WHO BOTH TOLD ME THAT I WAS NOT ALLOWED TO HAVE PLASTIC BAGS. I EXPLAINED AT LENGTH THE DIRE NEED FOR THE PLASTIC BAGS PERTAINING TO THE SAFETY & HEALTH OF MY SKIN (THE BIGGEST ORGAN OF THE BODY) & NONE OF THIS WAS TAKEN INTO ~~CONSIDERATION~~ CONSIDERATION. I WAS MADE TO GIVE THE BAGS UP TO OFFICER

Phillips & am now being forced to sleep on an unsanitary matthess. I have worked so hard to curb skin infections & I am now breaking out all over again. See Exhibit A & B attached. On 4-17-17, in the community group meeting in the A.M. hours on O-wing of X-house, I verbally informed mental health professional Miss Woods & correctional officer Ditzler, who was working the wing, that I am in a cell with feces all on the walls & bed-frame & that my every attempt to have the cell cleaned properly or in the alternative have me moved to another cell is being ignored, failing upon deaf ears, & brushed off. MHP Miss Woods whote down something & said she would thy to have the issue addressed. I then turned to officer Ditzler & asked him for cleaning supplies to clean up the feces or be moved to another cell & officer Ditzler told me to stop being disrespectful while Miss Woods is talking & ultimately ignored me. After group I specifically asked him to see a Lieutenant to address the issue while me & c/o Ditzler were walking to my cell to lock me up & he told me if he wasn't too busy. I caught

LIEUTENANT NEWMAN ON THE GALLERY & RELAYED
THE ISSUE TO HIM & HE WROTE SOMETHING DOWN
& ~~WROTE WROTE WROTE WROTE WROTE WROTE~~ TOLD ME HE WOULD
SEE WHAT'S AVAILABLE & MOVE ME. BEING IN CLOSE
QUARTERS & CONTACT WITH EXCREMENT, BODILY
WASTE, IS A MAJOR HEALTH HAZARD & JUST
CRUEL & UNUSUAL TO THE UTMOST. MY FOOD IS
BROUGHT TO MY CELL. SINCE I'VE BEEN IN THIS
CELL I HAVE NOT BEEN EATING EXCEPT WHEN I
AM EXTREMELY HUNGRY. ALL THE ABOVE HAPPENED
ON THE 7 TO 3 SHIFT. I ALSO TOLD SUPER-
INTENDENT HENDRICKS ABOUT THE ISSUE OF
ME BEING EXPOSED TO SOMEONE ELSES FECES
IN MY CELL & HE WROTE SOMETHING DOWN &
TOLD ME HE WOULD TRY & GET ME MOVED.
THIS TOOK PLACE ON THE 7 TO 3 SHIFT ALSO. I
ALSO TOLD LIEUTENANT KINUNDSON WHO TOLD
ME HE WOULD LOOK INTO THE MATTER. SHORTLY
AFTER I TOLD LT. KINUDSON C/O OITZLER &
AN INMATE WORKER, PORTER, CAME & BROUGHT
ME A MILK CARTON WITH A CLEAR LIQUID. I ASKED
C/O OITZLER "WHAT IS THIS?" & HE TOLD ME CLEANING
SUPPLIES TO CLEAN THE FECES UP. I ASKED HIM
WHERE WERE THE RUBBER GLOVES OR A SCRUBBING
PAD OR A WASH-CLOTH & THAT I DIDN'T HAVE
NONE OF THAT. HE CLOSED THE DOOR IN MY

FACE Saying Walking off THAT HE WAS Thying
To BE Nice. HE REFUSED To HAVE
THE WORKER - PORTER CLEAN IT up, WHO HAD on
RUBBER GLOVES, OR MOVE ME To ANOTHER CELL.
CELLS # 24,27, & 29 ARE UNOCCUPPIED &
CURRENTLY VACANT. AS AN EMERGENCy GRIEVANCE
THE WARDEN JOHN h. VARGA WAS Put ON Notice
& FAILED To Act AS WELL AS All ABOVE, SEE
EXHIBITS C, D, E, F ATTACHED To This
Complaint. ON 4-19-17 All THHoughout THE
OAy ON THE 7 To 3 SHIFT I LiteRally BEGGED
OFFICER hipsky To Move ME To ANOTHER CELL
Due To My CELL HAVING FECES All OVER It
& My IMMEDIATE EXPOSURE To It IS
MAKING ME Sick & CAUSING ME GREAt MENTAL
ANGUISH. OFFICER hipsky TAUNTED & MOCKED
ME All OAy & MADE No Attempt To
AODRESS OR RESOLVE THE ISSUES ONCE So EVER.
I AM Litehally BEING TohtuRED & ThEATED IN
A CRuEL & UNREASONABLE MANNER. HUMAN
DECENCY IS Not BEING RESPECTED. I Also
INFORMED COUNSELOR HERNANDEZ & HE Told ME
To INFORM My WING OFFICER & WALKED AWAy
From My CELL. I HAVE Ojo All I Could
without Going To EXTREMES & It IS Mentally
TAXING Thying To ADDRESS ISSUES To

Correctional Personnel who treat you with
Disdain & As A Nuisance. See Exhibit G
Attached. On 4-20-17 on the 3 to 11 Shift
Officer Altizer Had An Inmate Worker
Attempt to clean the cell unsuccessfully.
The worker could not get all the feces
up. On 4-21-17 on the 3 to 11 Shift I
was moved to Another cell, cell #13,
For purposes of A clean cell.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes.                    8th    AMENDMENT VIolATioN

To BE CoMPENSATED $20,000 FoR My CoNStitutioNAl
ViolAtioNS, ACtuAl INJuRiES To My Skin, MENtAl
ANGuiSH & EMotioNAl DiStRESS

**VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO**

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief. I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this _14th_ day of _DEC._, 20 _17_

_____
(Signature of plaintiff or plaintiffs)

MicHAEl JoHNSoN
(Print name)

R63104
(I.D. Number)
            DixoN coRR. Ctr.
            2600 N. BRiNtoN AVE.
            DixoN, Il 61021
(Address)

6                                                    Revised 9/2007

DEPARTAMENTO DE CORRECCIONES DE ILLINOIS
**QUEJA DEL DELINCUENTE**

EXHiBiT A

| Fecha: 4-16-17 | Delincuente: (Sirvase imprimir) Michael Johnson | ID#: R63104 |
|---|---|---|
| Instalacion actual: Dixon Corr. Ctr. | instalaciones donde reclamo ocurre: Dixon Corr. Ctr. | 17-5-85 |

**NATURALEZA DE LA QUEJA:**

- [ ] Bienes personales
- [X] Conducta personal
- [ ] Denegacion de transferencia por servicio
- [ ] Manejo de correo
- [ ] Dieteticos
- [ ] Denegacion de transferencia por el Coordinador de transferencia
- [ ] La restauracion de tiempo bueno
- [ ] Tratamiento medico
- [ ] Alojamiento de ADA Disability
- [ ] HIPAA   CONDITIONS OF CONFINEMENT
- [X] Otro (especifique): _____

- [ ] Informe disciplinario: ___/___/___ Fecha de informe _____ Instalaciones donde emitio _____

**Nota:** las negaciones de custodia preventive pueden ser lloraron inmediatamente a traves de la administracion local en la notificacion de estado de custodia protectora..

**Completo:** Adjuntar una copia de cualquier documento pertinente (por ejemplo, un informe disciplinario, registro de Renault, etc.) y enviar a:
Consejero, a menos que el tema implica la disciplina, se considera una emergencia o esta sujeto a revision directa por la Junta de revision administrativa.
Queja oficial, solo si la cuestion implica la disciplina en la instalacion actual o la cuestion no resuelta por el consejero.
Oficial Administrativo Jefe, solo si la EMERGENCIA reclamo.
Junta de revision administrativa, solo si la cuestion implica transferencia negative por el Coordinador de transferencia, custodia preventive, administracion involuntaria de drogas psicotropicas, cuestiones de otra instalacion excepto bienes personales cuestiones o problemas no resueltos por el official administrativo jefe.

El resumen del Agravio (Proporcionan la informacion incluso una descripcion de lo que paso, cuando y donde paso, y el nombre o informacion que se identifica para cada implicado): ON 4-12-17 I WAS ASSIGNED TO CELL 15 ON Q-WING OF X-HOUSE BY CORRECTIONAL OFFICER Philip & Lieutenant HAENITSCH. ONCE I WAS SECURED IN THE CELL I OBSERVED UPON EXAMINATION OF THE CELL DRIED UP FECES SPREAD IN VARIOUS AREAS THROUGHOUT THE CELL. DRIED UP FECES IS ON THE lOWER WALLS AT BOTH ENDS OF THE BUNK. IT IS AlSO SPREAD All OVER THE HEATER VENT & ON THE METAL

El Alivio Pedido: TO HAVE MY CELL CLEANED THOROUGHLY WITH BLEACH OR OR MOVED TO A SANITARY CELL & TO BE PROVIDED WITH A SANITARY MATTRESS.

- [X] Solo comprobar si se trata de un reclamo de EMERGENCIA debido a un riesgo sustancial de inminente lesions personales o otros graves o irreparables dagan a si mismo.

Firma del delincuenta: _Michael Johnson_   ID# R63104   Fecha 4,16,17

*(Seguir en reverso, si es necesario)*

---

**Respuesta del consejero (si procede)**

Fecha Recibido: ___/___/___
- [ ] Enviar directamente al reclamo oficial
- [ ] Fuera de competencia de esta instalacion. Enviar a Junta de revision administrativa, P.O. Box 19277, Springfield, IL 62794-9277

Respuesta: _____

Imprimir/nombre del Consejero _____ fFirma del consejero _____ Fecha de respuesta _____

---

**REVISION DE EMERGENCIA**

Fecha Recibido: 9,28,17   Esto determina que es un character de emergencia?
- [ ] Si, acelerar la queja de emergencia
- [X] No; una situacion de emergencia no es justificado. Delincuente debe presentar esta queja de la manera normal.

Firma de official Administrativo Jefe: _John Varga_   Fecha 4,28,17

Distribucion: Archivo maestro: Dilincuente   Pag 1   DOC 0046Spanish (Rev. 8/2012)

BED FRAME, Top & Bottom. Dried up spit is all over the walls. The cell is filthy & unsanitary. I informed Lieutenant Haenitsch & officer Philip of the situation & Lieutenant Haenitsch responded by telling me I shouldn't have refused housing. Officer Philip just looked at me not responding. I told both that the cell needed cleaning & I asked for cleaning supplies & I was denied. The next day on 4-13-17 I informed officer Hipsky of the situation as related above & he flat out ignored me. I am in a room restriction status where I am in a cell 23 hours a day & am allowed out of cell time one hour per day. There is a particular inmate who spreads feces all over hisself & in every cell he goes in. This is a mental health unit & the cells are not being cleaned properly. officer Philip was the officer working the wing/unit when I came to 0-wing on the 7 to 3 shift. That inmate was in this cell at one point before I got assigned to it. I am completely indigent & cannot buy cleaning supplies on my own. I am at the complete mercy of correctional officials. Also, on 3-7-17 I was provided with a mattress that was unsanitary & filthy that was torn badly & clumped up & reminiscent of a bean bag. To protect myself, & tired of sleeping on a metal bedframe, I asked for some plastic bags to cover the mattress up & was allowed to do so at that time. However, on 4-12-17 I was made to give the plastic bags to officer Philip & Lieutenant Haenitsch who both told me that I was not allowed to have plastic bags. I explained at length the dire need for the plastic bags pertaining to the safety & health of my skin (the biggest organ of the body) & none of this was taken into consideration. I was made to give the bags up to officer Philips & am now being forced to sleep on an unsanitary mattress. I have worked so hard to curb skin infections & I am now breaking out all over again. Not only is this unfair, but it is cruel & unusual. For the last few days I've been trying to get grievances in english but there has been none in the cell house according to officers. I am forced to grieve these matters on a spanish grievance to address the issue administratively to institutional personnel in hopes of a solution as soon as possible.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Dixon Correctional** _____ **Center**

EXHiBiT
B

| Offender Information: | | | |
|---|---|---|---|
| Johnson | Michael | | ID#: B63104 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/14/17 0900 | LabNote: LFT, CBC, VPA drawn ————————— E Bassett MCT | |
| 4-19-17 2:00 pm | re: DPW-x NP Note (WT) 147. | PE Doxy 100mg Po Bid x 7 ð |
| | S. per Reports skin broke out | |
| | States " I have a skin infectn" | F/u as indicated |
| | O. Alert mobile c scattering of pustules | |
| | on face, neck, arms, chest & back. | VU |
| | Has hx management in Past c Antibiotic, | |
| | A. Cystic Acne | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

<u>Dixon Correctional</u>         Center

Offender Information:

Johnson          Michael          ID: R63109
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **PA VISIT** | |
| | E/P ____ IPR ____ WT ____ | |
| | CC: ~~fax flush~~ Error | |
| | | |

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

DEPARTAMENTO DE CORRECCIONES DE ILLINOIS
QUEJA DEL DELINCUENTE

| Fecha: 4-17-17 | Delincuente: (Sirvase imprimir) MICHAEL JOHNSON | ID#: R63104 |
| --- | --- | --- |

Instalacion actual: Dixon Corr. Ctr.

Instalaciones donde reclamo ocurria: Dixon Corr. Ctr.

**NATURALEZA DE LA QUEJA:**

☐ Bienes personales
☑ Conducta personal
☐ Denegacion de transferencia por servicio

☐ Manejo de correo
☐ Dieteticos
☐ Denegacion de transferencia por el Coordinador de transferencia

☐ La restauracion de tiempo bueno
☐ Tratamiento medico

☐ Alojamiento de ADA Disability
☐ HIPAA CONDITIONS OF
☑ Otro (especifique) CONFINEMENT

☐ Informe disciplinario: _____ / _____ / _____
Fecha de informe _____ Instalaciones donde emitio

EXHiBiT
C

Nota: las negaciones de custodia preventive pueden ser lloraron inmediatamente a traves de la administracion local en la notificacion de estado de custodia protectora..

Completo: Adjuntar una copia de cualquier documento pertinente (por ejemplo, un informe disciplinario, registro de Renault, etc.) y enviar a:
   Consejero, a menos que el tema implica la disciplina, se considera una emergencia o esta sujeto a revision directa por la Junta de revision administrativa.
   Queja official, solo si la cuestion implica la disciplina en la instalacion actual o la cuestion no resuelta por el consejero.
   Oficial Administrativo Jefe, solo si la EMERGENCIA reclamo.
   Junta de revision administrative, solo si la cuestion implica transferencia negative por el Coordinador de transferencia, custodia preventive, administracion involuntaria de drogas psicotropicas, cuestiones de otra instalacion excepto bienes personales cuestiones o problemas no resueltos por el oficial administrativo jefe.

El resumen del Agravio (Proporcionan la información incluso una descripción de lo que paso, cuando y donde paso, y el nombre o información que se identifica para cada implicado):

ON THE ABOVE DATE, IN THE Community Group Meeting IN THE A.M. Hours ON D-WING OF X-HOUSE, I VERBALLY INFORMED Mental Health Professional Miss Woods & CORRECTIONAL OFFICER Disler, who was working the wing, THAT I AM IN A cell WITH FECES All ON THE WALLS & BEDFRAME & THAT MY EVERY ATTEMPT TO HAVE THE CELL CLEANED Properly OR TO

El Alivio Pedido: To BE MOVED TO A SANITARY cell FOR MY OVERALL PHYSICAL & MENTAL SAFETY, HEALTH, & WELL BEINE IMMEDIATELY. FOR THE VIDEO FOOTAGE OF D-WING, FROM 7:00 A.M. TO 9:00 P.M., TO BE PRESERVE

☑ Solo comprobar si se trata de un reclamo de EMERGENCIA debido a un riesgo sustancial de inminente lesions personales o otros graves o irreparables dañan a si mismo.

Michael Johnson    R63104    4, 17, 17
Firma del delincuente    ID#    Fecha

(Seguir en reverso, si es necesario)

---

**Respuesta del consejero (si procede)**

Fecha Recibido: _____ / _____ / _____

☐ Enviar directamente al reclamo oficial
☐ Fuera de competencia de esta instalacion. Enviar a Junta de revision administrativa, P.O. Box 19277, Springfield, IL 62794-9277

Respuesta: _____

_____    _____    _____ / _____ / _____
Imprimire/nombre del Consejero    fFirma del consejero    Fecha de respuesta

---

**REVISION DE EMERGENCIA**

Fecha Recibido: _____ / _____ / _____

Esto determina que es un character de emergencia?

☐ Si; acelerar la queja de emergencia

☐ No; una situacion de emergencia no es justificado. Delincuente debe presentar esta queja de la manera normal.

_____    _____ / _____ / _____
Firma del official Administrativo Jefe    Fecha

THE ALTERNATIVE HAVE ME MOVED TO ANOTHER CELL IS BEING
IGNORED, FALLING UPON DEAF EARS, & BRUSHED OFF. MHP
MISS WHOTE — DOWN SOMETHINGS & SAID SHE WOULD
TRY TO HAVE THE ISSUE ADDRESSED. I THEN TURNED TO
OFFICER DISTER & ASKED HIM FOR CLEANING SUPPLIES TO
CLEAN UP THE FECES OR BE MOVED TO ANOTHER CELL &
OFFICER DISTER TOLD ME TO STOP BEING DISRESPECTFUL
WHILE MISS WOODS IS TALKING & ULTIMATELY IGNORED
ME. AFTER GROUP I SPECIFICALLY ASKED HIM TO SEE
A LIEUTENANT TO ADDRESS THE ISSUE WHILE ME & C/O
DISTER WERE WALKING TO MY CELL TO LOCK ME UP & HE TOLD ME
IF HE WASN'T TOO BUSY. CORRECTION: HIS NAME ISN'T
SPELLED DISTER. THE PROPER SPELLING IS DIZTLER. I CAUGHT
LIEUTENANT NEWMAN ON THE GALLERY & RELAYED THE
ISSUE TO HIM & HE WROTE SOMETHING DOWN & TOLD ME HE
WOULD SEE WHAT'S AVAILABLE & MOVE ME. BEING IN CLOSE
QUARTERS & CONTACT WITH EXCREMENT, BODILY WASTE, IS
A MAJOR HEALTH HAZARD & JUST CRUEL & UNUSUAL. TO
THE UTMOST. MY FOOD IS BROUGHT TO MY CELL FOR BREAKFAST,
LUNCH, & DINNER & I EAT IN MY CELL, SINCE
I'VE BEEN IN THIS CELL I HAVE NOT BEEN EATING
EXCEPT WHEN I AM EXTREMELY HUNGRY BECAUSE I
HAVE NO APPETITE DUE TO THE MENTALLY STRESSING
CIRCUMSTANCES. ALL THE ABOVE HAPPENED ON THE 7 TO 3 SHIFT
I ALSO TOLD ACTING SUPERINTENDENT HENDRICKS ABOUT THE
ISSUE OF ME BEING EXPOSED TO SOMEONE ELSE'S FECES IN
MY CELL & HE WROTE SOMETHING DOWN & TOLD ME
HE WOULD TRY & GET ME MOVED. THIS TOOK PLACE ON
THE 7 TO 3 SHIFT ALSO. I ALSO TOLD LIEUTENANT KINUNDSON
WHO TOLD ME HE WOULD LOOK INTO THE MATTER. SHORTLY AFTER I
TOLD LT. KINUDSON (KINUDSON, KUNUNDSON, OR KIUNDSON???)
C/O DIZTLER & AN INMATE WORKER, PORTER, CAME & BROUGHT ME
A MILK CARTON WITH A CLEAR LIQUID. I ASKED C/O DIZTLER
"WHAT IS THIS?" & HE TOLD ME CLEANING SUPPLIES TO CLEAN
THE FECES UP. I ASKED HIM WHERE WERE THE RUBBER GLOVES
OR A SCRUBBING PAD OR A WASH-CLOTH & THAT I DIDN'T HAVE
NONE OF THAT HE CLOSED THE DOOR IN MY FACE SAYING WALKING
OFF THAT HE WAS TRYING TO BE NICE. HE REFUSED TO
HAVE THE WORKER — PORTER CLEAN IT UP, WHO HAD ON
RUBBER GLOVES, OR MOVE ME TO ANOTHER CELL. CELLS # 24, 27, &
29 ARE UNOCCUPIED & CURRENTLY VACANT. LT. KINUNDSON'S BADGE
NUMBER IS 8090. THIS GRIEVANCE IS ALSO PUTTING WARDEN JOHN
R. VARGA & THE GRIEVANCE OFFICER JAMES MARTENS ON NOTICE. I ALSO
NOTIFIED C/O SITTER TO NO AVAIL ONCE SO EVER.

STATE OF ILLINOIS )
                  ) SS
COUNTY OF LEE )

EXHIBIT
D



### A F F I D A V I T

I, Sylvester Boston M42598 , under penalties as provi-
ded by law pursuant to Section 1-109 of the Code of Civil Proce-
dure, the undersigned certifies that the statements set forth in
this instrument are true and correct, except as to matters therein
stated to be on information and belief and as to such matters the
undersigned certifies as aforesaid that he verily believes the
same to be true.

On 4-7-17 On the 7to3 Shift At the unit Community
meeting/Group at approximately 8:30 am. I was sitting right
next to Inmate Michael Johnson "R63104 3 personally Beared
witness to Johnson inform mental Health professional Miss
woods & officer Diztler that I two's feces Ali in his cell & be
ward like to be moved to another cell. I am a volunteer worker
and I personally Saw for myself the feces in the cell 3 told
Johnson I'm not cleaning up any feces. I will testify to All Here in
In a court of law.

Subscribed and Sworn to before
me this 16 day of May ,
2017.

Sally A Joos
Notary Public

Respectfully Submitted,

Sylvester Boston jr.
Affiant
Name: Sylvester Boston Jr. M42598
ID# Dixon correctional center
    Correctional Center

OFFICIAL SEAL
SALLY A. JOOS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jul 12, 2020

STATE OF ILLINOIS )
                  ) SS
COUNTY OF LEE     )

EXHIBIT
E

### A F F I D A V I T

I, DELVANO ROBERSON #B37581 , under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

On 4-17-17, on the 7 to 3 Shift, Around 1:00 P.M. ½ 2:00 P.M., I was the Volunteer Worker who Accompanied Officer Oiztler to Inmate Michael Johnson's (B03/04) Cell on unit XD - cell #15. I was Instructed By Officer Oiztler to Give Johnson Some Disinfect to clean up Some Feces In His Cell. only A milk carton with Disinfect was Provided To Him ½ Nothing Else. As I was Holding the Milk Carton to Give To Johnson He Asked ½ Oiztler Where the Other Cleaning Supplies Were ½ Made Reference to a Towel, A Scrubbing Pad, Bleach, ½ Some Gloves. ½ Oiztler Slammed the Cell Door In Johnson's Face Replying He Tried To Be Nice. I

Subscribed and Sworn to before me this 17 day of April, 2017.

_____
Notary Public

Respectfully Submitted,

Delvano Roberson

Affiant
Name: DELVANO ROBERSON
ID# B37581 - Dixon
Correctional Center

1 OF 2

EXHIBIT
E

## A F F I D A V I T

I, DElVANO RObERSoN #B37581 , under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

PERSONALLY OBSERVED THE FECES IN THE CELL & SAW IT THERE BEFORE JOHNSON MOVED IN THE CELL. I WILL TESTIFY TO ALL HEREIN IN A COURT OF LAW. I HAVE READ THE FOREGOING & CONFIRM & VERIFY & AFFIRM ALL HEREIN WITH MY SIGNATURE. PURSUANT TO 28 USC 1746,18 USC 1621, OR I LCS 5/1-109, I DECLARE, UNDER PENALTY OF PERJURY THAT EVERYTHING CONTAINED HEREIN IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I DO DECLARE AND AFFIRM THAT THE MATTER AT HAND IS NOT TAKEN EITHER FRIVOLOUSLY OR MALICIOUSLY AND THAT I BELIEVE THE FOREGOING MATTER IS TAKEN IN GOOD FAITH.

Subscribed and Sworn to before me this 17 day of April, 2017.

_____
Notary Public

Respectfully Submitted,

Delvano Roberson

Affiant
Name: DElVANO RObERSoN
ID# B37581 — Dixon
Correctional Center

2 oF 2

XD-15

EXHIBIT F

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

DIXON Correctional Center

**Rash**

**Offender Information:**

Last Name: Johnson  First Name: Michael  MI: _____  ID#: R03104

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 830 AM 4-18-17 | **RN/LPN SICK CALL** | **P) MD Referral** |
| | **S) -** How long have you had a rash  2 mos | - Chicken Pox/Shingles/Staph (MRSA) infection or scabies suspected  Poss. |
| | - Any past similar episodes  Yes - acne cream tx | - Condition with abnormal vital signs  NO |
| | - If so how treated  See above | - Lesions around eyes  NO |
| | - Were you in contact with any known or new irritant (i.e., soap, different foods, environmental exposure, etc)  NO | - Lesions with signs of infection  NO |
| | - Any Hx of allergies  NO | - Skin condition resistant to TX protocol or associated with infection  Yes |
| | - How often do you wash and kind of soap used  State shower daily | - Draining lesions  NO |
| | - Does the rash itch or burn  At times both | - HIV (+)  NO |
| | **O)** T 96.9 P 84 R 16 BP WT | - Recurrent symptoms  Yes |
| | - Note location, type of rash and size  Sm. red bumps on neck, back, + chest | - Known contact with infectious individual  NO |
| | - Observe all skin eruptions for signs of infection: heat, redness, drainage or honey-colored circular lesions, which could indicate a staph infection and requires MD Referral  NO | Placed on NP Tuell line for 4/19/17. Called Minter, RN to add to line. |
| | | **No MD Referral** |
| | - List of medications Doxycycline 50mg AM; Robaxin 500mg BID; Naproxen 500mg BID; Prozac 10mg AM | - Cleanse skin gently |
| | - HIV status  neg | - Hydrocortisone 1.0% Cream, apply topically b.i.d to rash. Do not apply to open wounds or lesions or suspected fungal infections. May use if needed for up to 7 days |
| | - Check for any associated secondary infections  None | |
| | | OVER |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ DIXON   Correctional _____ Center

**Rash (Cont.)**

Offender Information:

_____   _____   ___   ID#: _____
Last Name              First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| | | Patient teaching |
| | | - Avoid substances causing the problem |
| | | - Medication use |
| | | - Avoid scratching and picking to prevent infection |
| | | - Cold showers may give temporary relief |
| | | - Encourage exposure to air when possible |
| | | - Keep the involved area clean and dry |
| | | - Importance of follow-up in sick call if no improvement is seen with treatment, or if symptoms worsen. |
| | | Follow-Up |
| | | PATIENT VERBALIZED UNDERSTANDING |
| | | Return to sick call if symptoms worsen or persists a treatment plan is followed. |
| | | Nurse Signature |
| | | A. Welber, RN |
| | A) Alteration in skin integrity | Payment voucher   YES   NO |

DOC 0064 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

**DEPARTAMENTO DE CORRECCIONES DE ILLINOIS**
**QUEJA DEL DELINCUENTE**

EXHIBIT
G

| Fecha: 4-19-17 | Delincuente: (Sírvase imprimir) MICHAEL JOHNSON | ID#: R63104 |
|---|---|---|
| Instalacion actual: Dixon Corr. Cth. | Instalaciones donde reclamo ocurria: Dixon Corr. Cth. | |

**NATURALEZA DE LA QUEJA:**

- [ ] Bienes personales
- [x] Conducta personal
- [ ] Denegacion de transferencia por servicio
- [ ] Manejo de correo
- [ ] Dieteticos
- [ ] Denegacion de transferencia por el Coordinador de transferencia
- [ ] La restauracion de tiempo bueno
- [ ] Tratamiento medico
- [ ] Alojamiento de ADA Disability
- [ ] HIPAA  CONDITIONS OF
- [x] Otro (especifica): CONFINEMENT

- [ ] Informe disciplinario: ___/___/___  Fecha de informe _____ Instalaciones donde emitio _____

**Nota:** las negaciones de custodia preventive pueden ser lloraron inmediatamente a traves de la administracion local en la notificacion de estado de custodia protectora..

**Completo:** Adjuntar una copia de cualquier documento pertinente (por ejemplo, un informe disciplinario, registro de Renault, etc.) y enviar a:
  Consejero, a menos que el tema implica la disciplina, se considera una emergencia o esta sujeto a revision directa por la Junta de revision administrativa.
  Queja oficial, solo si la cuestion implica la disciplina en la instalacion actual o la cuestion no resuelta por el consejero.
  Oficial Administrativo Jefe, solo si la cuestion implica transferencia negative por el Coordinador de transferencia, custodia preventive, administracion involuntaria de drogas psicotropicas, cuestiones de otra instalacion excepto bienes personales cuestiones o problemas no resueltos por el oficial administrativo jefe.

El resumen del Agravio (Proporcionan la informacion incluso una descripcion de lo que paso, cuando y donde paso, y el nombre o informacion que se identifica para cada implicado): ON THE ABOVE DATE ALL THROUGHOUT THE DAY ON THE 7 TO 3 SHIFT I LITERALLY BEGGED OFFICER RIPSKY TO MOVE ME TO ANOTHER CELL DUE TO MY CELL HAVING FECES ALL OVER IT & MY IMMEDIATE EXPOSURE EXPOSURE TO IT IS MAKING ME SICK! & CAUSING ME GREAT MENTAL ANGUISH. OFFICER RIPSKY TAUNTED & MOCKED ME ALL DAY & MADE NO ATTEMPT

El Alivio Pedido: TO BE MOVED TO ANOTHER CELL IMMEDIATELY!!!

- [x] Solo comprobar si se trata de un reclamo de EMERGENCIA debido a un riesgo sustancial de inminente lesions personales o otros graves o irreparables danar a si mismo.

Firma del delincuente: _Michael Johnson_   ID# R63104   Fecha 4,19,17

**(Seguir en reverso, si es necesario)**

---

**Respuesta del consejero (si procede)**

Fecha Recibido: ___/___/___

- [ ] Enviar directamente al reclamo oficial
- [ ] Fuera de competencia de esta instalacion. Enviar a Junta de revision administrativa, P.O. Box 19277, Springfield, IL 62794-9277

Respuesta: _____

_____

_____

Imprimire/nombre del Consejero _____   Firma del consejero _____   Fecha de respuesta ___/___/___

---

**REVISION DE EMERGENCIA**

Fecha Recibido: 4 28, 17

Esto determina que es un character de emergencia?

- [ ] Si; acelerar la queja de emergencia
- [x] No; una situacion de emergencia no es justificado. Delincuente debe presentar esta queja de la manera normal.

Firma del official Administrativo Jefe _____   Fecha 4 28, 17

Distribucion: Archivo maestro; Delincuente   Pag 1   DOC 0046spanish (Rev. 8/2012)

To address or resolve the issues once so ever. I am literally being tortured & treated in a cruel & unreasonable manner. Human decency is not being respected & I am being denied the right of being treated with integrity & as a human being. There is no justification for keeping me in a cell all day with feces spread in various areas of the cell for seven days thus far. I also informed counselor Hernandez & he told me to inform my wing officer & walked away from my cell. I have did all I could to get moved out of this cell without going to extremes & It is mentally taxing trying to address issues to correctional personnel who treat you with disdain & as a nuisance. In fact, I saw the nurse today (medical personnel for a thriving skin condition I'm plagued with) & I told her I was in a cell with feces all over it. I was literally told I have a list of too many issues that I'm complaining about. The only thing I am left to do is suffer & endure against my will. It literally feels like microscopic creatures are crawling all over me like creepy creepy crawlers crawling all over me. Officer Bipsky is the five day officer & he refuses to take me seriously. This issue is an emergency because my health is at issue & the longer I stay in this cell the more I suffer. I'm breaking out all over again. The health of my skin is deteriorating due to such prolong exposure. THIS IS UNFAIR!!!

Michael Johnson
2600 No. Brinton Avenue
Dixon, Illinois  61021

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
327 So. Church Street
Rockford, Illinois  61101

Legal Mail